UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS D. PHILLIPS, | ) | CASE NO. 5:12 CV 2085 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | MAGISTRATE JUDGE ARMSTRONG |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| COMMISSIONER OF SOCIAL | ) | **AND ORDER** |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Vernelis K. Armstrong.  The Report and Recommendation (ECF #19) is ADOPTED.

Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's (the "Commissioner") decision denying his application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act (the "Act"), 42 U.S.C.§§ 416(i) and 423.  This matter was referred to the Magistrate Judge for a Report and Recommendation pursuant to Local Rule 72.2(b)(1).  The Magistrate Judge recommended that the Court affirm the final decision of the Commissioner as supported by substantial evidence. Objections and a reply to the objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds the Magistrate Judge's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Magistrate's Report and Recommendation fully and correctly addresses all of Plaintiff's claims. Further, Plaintiff's objections lack merit. The Court therefore adopts the Magistrate Judge's Report in its entirety. The Commissioner's decision denying Plaintiff's application for DIB is affirmed.

IT IS SO ORDERED.

                                                 s/Donald C. Nugent
                                                 DONALD C. NUGENT
                                                 UNITED STATES DISTRICT JUDGE

DATED: 5/15/2013